**Electronically Filed
Supreme Court
SCWC-16-0000864
15-JUL-2021
10:19 AM
Dkt. 11 ODAC**

SCWC-16-0000864

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MARIA M. FREDRICKSEN,
Petitioner/Plaintiff-Appellant,

vs.

KALE C. DYAS,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000864, CIVIL NO. 14-1-1686-08)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins
JJ.)

Petitioner/Plaintiff-Appellant Maria M. Fredricksen's application for writ of certiorari filed on May 28, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 15, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

